No. 01–1070.  HART v. UNITED STATES ET AL.  C. A. 3d Cir. Certiorari denied.

No. 01–1077.  EVERETT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–1088.  TOLAR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–1098.  CHAMBERLIN ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 01–1108.  KRILICH v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–7128.  STYRON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–7154.  NARANJO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7395.  MILES v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 01–7408.  MARTINEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–7411.  BRANNEN v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 01–7416.  SLAGOSKI v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 01–7417.  SOLANO v. TAYLOR, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–7421.  OW-TAYLOR v. OVERSEAS PRIVATE INVESTMENT CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 01–7427.  PREVATTE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.